IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEMETRIUS LLOYD, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | NO. 11-4306 |
| TABB BICKELL et al., | : | |
| Respondents. | : | |

## ORDER

AND NOW, this 13th day of May, 2013, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the Response and Reply thereto, and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, IT IS HEREBY ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE and without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

Anita Brody, J.

Copies via ECF/ecf