IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEMETRIUS LLOYD,                    :    CIVIL ACTION
                                    :
        Petitioner,                 :
                                    :
        v.                          :    NO. 11-4306
                                    :
TABB BICKELL                        :
et al.,                             :
                                    :
        Respondents.                :
_____:

**ORDER**

AND NOW, this 13TH day of May , 2013, upon careful
and independent consideration of the Petition for Writ of Habeas
Corpus, the Response and Reply thereto, and after review of the
Report and Recommendation of United States Magistrate Judge
Arnold C. Rapoport, IT IS HEREBY ORDERED that:

1.  the Report and Recommendation is APPROVED and ADOPTED;

2.  the Petition for Writ of Habeas Corpus is DISMISSED
WITH PREJUDICE and without an evidentiary hearing; and

3.  there is no probable cause to issue a certificate of
appealability.

BY THE COURT:

_____
Anita Brody, J.

Copies Via ECF on